JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALLORY JAMES,<br><br>             Plaintiff,<br><br>        v.<br><br>CAPITAL ONE, N.A.,<br><br>             Defendant. | Case No. CV 25-4599 PA (PDx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's November 3, 2025 Minute Order dismissing this action for failure to prosecute and failure to comply with the Court's Orders,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: November 3, 2025

  _____
               Percy Anderson
     UNITED STATES DISTRICT JUDGE